No. 6, October Term, 1964. Henry v. Mississippi. Respondent's motions that this Court reinstate the judgment of conviction and retax costs are denied. It is noted that the opinion of the Mississippi Supreme Court states: "If this case were again before us, we would reaffirm our former opinion and judgment." Further proceedings in the cause should be addressed to any new final judgment which may be entered by the Mississippi courts. Cf. *United States* v. *Shotwell Mfg. Co.,* 355 U. S. 233, 245–246; *Campbell* v. *United States,* 365 U. S. 85, 99.

Mr. Justice Black concurs in the denial of respondent's motions.

[For earlier orders herein, see, *e. g.,* 381 U. S. 908.]

No. ——. Osborn v. United States. C. A. 6th Cir. Application for stay and bail presented to The Chief Justice, and by him referred to the Court, denied. *Maclin P. Davis, Jr.,* for applicant. *Solicitor General Marshall* for the United States in opposition.

No. 838. Wyandotte Transportation Co. et al. v. United States. C. A. 5th Cir. (Certiorari granted, 386 U. S. 906.) Motion to remove case from summary calendar denied. *Lucian Y. Ray* for Wyandotte Transportation Co., *George B. Matthews* for Union Barge Line Corp., and *John W. Sims* for Cargill, Inc., et al. on the motion.

No. 1188, Misc. O'Brien v. United States. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Marshall* for the United States.